<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 99-1006**

—————————

LOLA RAE REYNOLDS,

                              Plaintiff - Appellant,

        versus

THE HARLEYSVILLE INSURANCE COMPANIES,

                              Defendant - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-97-832-7)

—————————

Submitted:  April 30, 1999            Decided:  May 26, 1999

—————————

Before WIDENER and LUTTIG, Circuit Judges, and HALL, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Lola Rae Reynolds, Appellant Pro Se.  Frances Belton Georges, Gary Allen Kalbaugh, Jr., KALBAUGH, PFUND & MESSERSMITH, P.C., Richmond, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lola Rae Reynolds appeals the district court's order granting her counsel's motion to withdraw and directing her to respond to Appellee's motion to dismiss within forty-five days. We possess jurisdiction over the appeal in accordance with the doctrine of cumulative finality. See Equipment Finance Group v. Traverse Computer Brokers, 973 F.2d 345, 347 (4th Cir. 1992).

A court's decision to grant or deny an attorney's motion to withdraw is reviewed for an abuse of discretion. See generally United States v. Cole, 988 F.2d 681, 683 (7th Cir. 1993). Having reviewed the record and the transcript of the motion hearing, we find no abuse of discretion. Furthermore, we find that forty-five days was adequate time for Reynolds to procure new counsel and respond to the motion to dismiss. Accordingly, we affirm the decision of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED